UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Raul Carranza-Ambriz <br> Defendant(s) | CRIMINAL NO. 08mj8495 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

RUBEN B. BROOKS

On order of the United States District/(Magistrate Judge)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

Jose Gomez-Villafan

DATED: 6/12/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ _____
Deputy Clerk
K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082