FILED

JUN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2006-WQH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting |
| RAUL CARRANZA-AMBRIZ, | |
| Defendant. | |

The United States Attorney charges:

On or about June 2, 2008, within the Southern District of California, defendant RAUL CARRANZA-AMBRIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodolfo Solano-Serapio, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
6/16/08