AO 455 (Rev. 5/85)  Waiver of Indictment



**FILED**

JUN 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAUL CARRANZA-AMBRIZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR2006-WQH_

I, RAUL CARRANZA-AMBRIZ, the above-named defendant, who is accused of committing the

following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of
> Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open

court on ___6/17/08___ prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer