UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 17 D 3:49

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Raul Carranza-Ambriz ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR2006-WQH <br> ORDER 08mj8495 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / **Order of Court**).

Rodolfo Solano-Serapio
32933208
885832

DATED: 6/17/08

RECEIVED _____
                 DUSM

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by   _J. Flores_
          Deputy Clerk